Nos. 23-2361, 24-1043, -1050, -1318, -1320

# United States Court of Appeals
# for the Federal Circuit

APPLE INC.,

*Appellant,*

v.

MEMORYWEB, LLC,

*Cross-Appellant.*

*On Appeal from the Patent and Trademark Office - Patent Trial and Appeal Board, Inter Partes Review in Nos. IPR2022-00031,-00032, -00033 and PGR2022-00006*
*Norman H. Beamer, Lynne H. Browne, Jason M. Repko,*
*Administrative Patent Judges*

## UNOPPOSED MOTION OF CROSS-APPELLANT MEMORYWEB, LLC FOR 35-DAY EXTENSION OF TIME TO FILE REPLY/RESPONSE BRIEF

JENNIFER HAYES
NIXON PEABODY LLP
300 SOUTH GRAND AVENUE
SUITE 4100
LOS ANGELES, CA 90071-3151
TEL: 213-629-6000

DANIEL J. SCHWARTZ
MATTHEW WERBER
ANGELO CHRISTOPHER
NIXON PEABODY LLP
70 WEST MADISON
SUITE 5200
CHICAGO, IL 60602-4378
TEL: 312-977-4400

*Attorneys for Appellant*
*MemoryWeb, LLC*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Cross-Appellant MemoryWeb, LLC ("MemoryWeb") moves for a 35-day extension of time to file its reply brief in this appeal.  Counsel for Appellant Apple Inc., ("Apple") has informed counsel for MemoryWeb that Apple does not oppose this motion.

MemoryWeb's brief is currently due on October 17, 2024.  MemoryWeb requests a 35-day extension of time so that the new due date would be November 21, 2024.  MemoryWeb has not previously requested or received an extension of time for its reply brief in this appeal.

As set forth in the accompanying declaration of counsel for MemoryWeb, good cause supports a 35-day extension of time for MemoryWeb to file its brief. The primary reason for the 35-day extension request consists of the other professional obligations of MemoryWeb's counsel. For example, the undersigned attorney and other attorneys responsible for the preparation of MemoryWeb's brief have or have had significant deadlines in other matters on September 30, 2024; October 4, 2024; October 7, 2024; October 9, 2024, October 10, 2024; October 11, 2024; October 14, 2024; October 15, 2024; October 23, 2024; October 24, 2024; November 1, 2024; November 4, 2024; November 7, 2014; November 12, 2024; and November 15, 2014.

For these reasons, MemoryWeb respectfully asks this Court to grant a 35-day extension of time to file its brief in this appeal.


Dated:  October 10, 2024                          Respectfully Submitted,

                                                  */s/ Jennifer Hayes*
                                                  Jennifer Hayes
                                                  Nixon Peabody LLP
                                                  300 South Grand Avenue
                                                  Suite 4100
                                                  Los Angeles, CA 90071-3151
                                                  Tel:    213-629-6000
                                                  Fax:    213-629-6001

                                                  Daniel J. Schwartz
                                                  Matthew Werber
                                                  Angelo Christopher
                                                  Nixon Peabody LLP
                                                  70 West Madison St.
                                                  Suite 5200
                                                  Chicago, IL 60602
                                                  Tel:    312-977-4400
                                                  Fax:    312-977-4405

Nos. 23-2361, 24-1043, -1050, -1318, -1320

# United States Court of Appeals
# for the Federal Circuit

APPLE INC.,

*Appellant,*

v.

MEMORYWEB, LLC,

*Cross-Appellant.*

*On Appeal from the Patent and Trademark Office - Patent Trial and Appeal Board, Inter Partes Review in Nos. IPR2022-00031,-00032, -00033 and PGR2022-00006*
*Norman H. Beamer, Lynne H. Browne, Jason M. Repko, Administrative Patent Judges*

## DECLARATION OF JENNIFER HAYES IN SUPPORT OF UNOPPOSED MOTION OF CROSS-APPELLANT MEMORYWEB, LLC FOR 35-DAY EXTENSION OF TIME TO FILE REPLY/ RESPONSE BRIEF

1.      I am a partner at Nixon Peabody LLP, counsel for MemoryWeb in this appeal, and am the lead counsel responsible for this matter on behalf of MemoryWeb.  I am submitting this declaration of counsel in support of MemoryWeb's unopposed motion for a 35-day extension of time within which to file its principle and response brief in this appeal.

2.    The primary reason for the 35-day extension request consists of the other professional obligations of MemoryWeb's counsel. For example, the undersigned attorney and other attorneys responsible for the preparation of MemoryWeb's brief have or have had significant deadlines in other matters on September 30, 2024; October 4, 2024; October 7, 2024; October 9, 2024, October 10, 2024; October 11, 2024; October 14, 2024; October 15, 2024; October 23, 2024; October 24, 2024; November 1, 2024; November 4, 2024; November 7, 2014; November 12, 2024; and November 15, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2024 in Carlsbad, California.

Respectfully submitted,

/s/ Jennifer Hayes
Jennifer Hayes
Nixon Peabody LLP

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-2361, 2024-1043, 2024-1050, 2024-1318, 2024-1230

**Short Case Caption** Apple Inc. v. MemoryWeb, LLC

**Filing Party/Entity** MemoryWeb, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/10/2024

Signature: /s/ Jennifer Hayes

Name: Jennifer Hayes

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| MemoryWeb, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| George Dandalides | | |
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)   ☐   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |