# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**MEMORYWEB, LLC,**
*Cross-Appellant*

---

2023-2361, 2024-1043, 2024-1050, 2024-1318, 2024-1320

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00032, PGR2022-00006, IPR2022-00031, IPR2022-00033.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

December 5, 2025
Date

Jarrett B. Perlow
Clerk of Court